Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YANJUN LIN,<br><br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>      Defendants. | Case No. 3:24-cv-05108-DGE<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>May 1, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for sixty days. Plaintiff brings this case pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to conduct his client's naturalization interview and adjudicate the naturalization application thereafter. Defendants' response to the Complaint is due on May 6, 2024. For good cause, the parties request that this case be held in abeyance through July 5, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION AND ORDER
[Case No. 3:24-cv-05108-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties are diligently working towards a resolution of this case without the need for further litigation. USCIS scheduled Plaintiff's naturalization interview for June 4, 2024. USCIS will likely need additional time after the interview to continue processing Plaintiff's naturalization application. The parties agree that these steps may moot this litigation. Accordingly, the parties agree and jointly request that this case be held in abeyance until July 5, 2024, and order the parties to file a joint status report on or before July 5, 2024.

DATED this 1st day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Bart Klein*<br>BART KLEIN, WSBA #10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 624-3787<br>Fax:     (206) 624-6371<br>Email: Bart.Klein@bartklein.com |

*Attorneys for Defendants*

**I certify that this memorandum contains 254 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION AND ORDER
[Case No. 3:24-cv-05108-DGE] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The parties having so stipulated, the above is SO ORDERED. The parties shall file a joint status report on or before July 5, 2024. The initial deadlines and scheduling conference set in the Court's Order entered February 22, 2024, are stricken.

Dated this 2nd day of May 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 3:24-cv-05108-DGE] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800